COMMONWEALTH *vs.* CHRISTOPHER SCHEBERGEN. October 28, 1976.
The juvenile proceedings (which the defendant argues should have
barred his subsequent trial in the Superior Court on the principle of
double jeopardy) occurred in October, 1974. His argument is therefore
foreclosed by *Commonwealth* v. *A Juvenile* (*No. 2*), 370 Mass. 677, 678
(1976), which held that *Breed* v. *Jones,* 421 U. S. 519 (1975), "is not
applicable to juvenile proceedings which were conducted prior to the
date of that decision on May 27, 1975." See *Commonwealth* v. *Cowan,
ante,* 796 (1976).

*Judgments affirmed.*
    The case was submitted on briefs.
    *Adam M. Lutynski* for the defendant.
    *Robert J. Barker, II,* Assistant District Attorney, for the Common-
wealth.